IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1265-07





TIMOTHY TIJERINA, Appellant


 




v.



THE STATE OF TEXAS





ON STATE'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FOURTH COURT OF APPEALS


ATASCOSA COUNTY





 Per curiam. Keasler, and Hervey, JJ., dissent.


O R D E R 



 The petition for discretionary review violates Rule of Appellate Procedure 68.4(i) and
68.5 because it does not contain a copy of the opinion of the court of appeals and the petition
exceeds fifteen pages.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition must be filed in the
Court of Criminal Appeals within thirty days after the date of this order.

En banc

Delivered: October 3, 2007

Do Not Publish